IN THE UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

KIA THOMAS and JEROME PITTS, SR, )
As Guardians ad Litem for J        )
P       , a minor, )
                                                                       ) C.A. No.   08 205
                                Plaintiffs       )
                              v. )
                                                         )
THE BOARD OF EDUCATION OF THE )
BRANDYWINE SCHOOL DISTRICT; )
JOSEPH BRUMSKILL, MARK )
HUXSOLL, SANDRA SKELLEY, OLIVIA )
JOHNSON-HARRIS, CRAIG GILBERT, )
DEBRA HEFFERNAN and NANCY )
DOOREY, all individually and in their )
official capacities as members of the Board )
of Education of the Brandywine School )
District; BRUCE HARTER, individually )
and his official capacity as Superintendent )
of the Brandywine School district; and )
RACHEL HOLT, individually, )
                                                         )
                              Defendants.   )

## NOTICE OF REMOVAL

Defendants, The Board of Education of the Brandywine School District, Joseph Brumskill, Mark Huxsoll, Sandra Skelley, Olivia Johnson-Harris, Craig Gilbert, Debra Heffernan and Nancy Doorey, individually and in their official capacities as members of the Board of Education of the Brandywine School District, Bruce Harter, individually and in his official capacity as Superintendent of the Brandywine School District, (hereinafter "Defendants"), by and through their undersigned counsel, hereby give notice that this matter has been removed pursuant to 28 U.S.C. § 1441, to the United States District Court for the District of Delaware. The grounds for removal are as follows:

1. Plaintiffs Kia Thomas and Jerome Pitts, Sr., as Guardians ad Litem for J
P , a minor, (hereinafter "Plaintiffs") commenced this action, entitled *Kia Thomas and Jerome Pitts, Sr., as Guardians ad Litem for J         , a minor, vs. Board of Education of the Brandywine School District, Jerome Brumskill, Mark Huxsoll, Sandra Skelley, Olivia Johnson-Harris, Craig Gilbert, Debra Heffernan, and Nancy Doorey, all individually and in their official capacities as members of the Board of Education of the Brandywine School District; Bruce Harter, individually and in his official capacity as Superintendent of the Brandywine School District; and Rachel Holt, individually,* in the Superior Court of the State of Delaware in and for New Castle County (C.A. No. 08C-02-375). On information and belief, the Complaint ("Complaint") was filed on or about February 27, 2008.

2. Defendants first obtained a copy of Plaintiff's Complaint when it was served on March 31, 2008. A copy of the Complaint and Summons are attached as Exhibit 1.

3. No further proceedings in this matter have been had in the Superior Court of the State of Delaware in and for New Castle County.

4. This action includes a federal claim pursuant to 42 U.S.C. § 1983, conferring original jurisdiction upon this court of any civil action arising under the laws of the United States.

5. Plaintiffs allege that Defendants adopted and maintained a policy, practice, or custom of deliberate indifference to the constitutional right of Plaintiff, to instances of known or suspected sexual abuse of students by teachers by failing to take action necessary to prevent sexual abuse of students by a teacher employed with Defendants.

6. Plaintiffs further allege that their constitutional right to be free from state-imposed violations of bodily integrity have been denied under the Fourteenth Amendment of the U.S. Constitution and 42 U.S.C. § 1983.

7. To the extent Plaintiff is asserting any claims under state law, this Court has supplemental jurisdiction over said claims pursuant to 28 U.S.C. § 1367.

8. This Notice of Removal is being filed within 30 days of the Defendants' receipt of the Complaint and is hereby timely filed under 28 U.S.C. § 1446(b).

9. Defendants have filed a true and correct copy of the Notice of Removal with the Superior Court of the State of Delaware in and for New Castle County. A copy of the Notice is attached hereto as Exhibit 2.

WHEREFORE, Defendants respectfully request that this action now pending against them in the Superior Court of the State of Delaware in and for New Castle County, be removed therefrom to this Court and that this action be placed upon the docket of this Court for further proceedings, as though this action originally had been instituted in this Court.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Maribeth L. Minella, Esquire (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666; 6708
Facsimile: (302) 576-3345; 3317
Email: bwilloughby@ycst.com; mminella@ycst.com
Attorneys for Defendants

Dated April 9, 2008

## CERTIFICATE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 9, 2008 I caused two paper copies of the **Notice of Removal** and this certificate of service to be delivered via U.S. Mail to:

Thomas S. Neuberger, Esquire
The Nueberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

And

Rachel Holt
Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

Barry M. Willoughby, Esquire (No. 1016)



%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Kia Thomas and Jerome Pitts, Sr., as Guardians ad Litem for J    P    a Minor,

### DEFENDANTS
Board of Education of the Brandywine School District,

(b) County of Residence of First Listed Plaintiff  New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Thomas S. Neuberger, Esq.
Two E. Seventh St., Ste 302
Wilm., DE 19801    (302) 655-0582

Attorneys (If Known)
Barry M. Willoughby, Esq.
1000 West St., 17th Fl., POBox 391
Wilmington, DE 19801-0391    (302) 571-6666

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1983
Brief description of cause:
Civil Rights denied under Fourteenth Amendment and 42 USC Sec. 1983

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 4/9/08    SIGNATURE OF ATTORNEY OF RECORD  /s/

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

08 205

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___4/9/08___
(Date forms issued)

_____[signature]_____
(Signature of Party or their Representative)

___FRANK JOYCE / PARCELS, INC.___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action