IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIA THOMAS and JEROME PITTS, SR., as Guardians ad Litem for J P , a minor, | : : : : |
| Plaintiff, | : : |
| v. | : C.A. 08-205 : |
| BOARD OF EDUCATION OF THE BRANDYWINE SCHOOL DISTRICT; JOSEPH BRUMSKILL, MARK HUXSOLL, SANDRA SKELLEY, OLIVIA JOHNSON-HARRIS, CRAIG GILBERT, DEBRA HEFFERNAN and NANCY DOOREY, all individually and in their official capacities as members of the Board of Education of the Brandywine School District; BRUCE HARTER, individually and his official capacity as Superintendent of the Brandywine School District; and RACHEL HOLT, individually, | : : : : : : : : : : : : : : |
| Defendants | |

### ENTRY OF APPEARANCE

Please enter the appearance of Raeann Warner, Esquire as an attorney for Plaintiffs in this case, in addition to Thomas S. Neubeger, Esquire.

THE NEUBEGER FIRM, P.A.

/s/  Raeann Warner
**RAEANN WARNER, ESQUIRE**
Bar Number 4931
Two West Seventh Street, Suite 302
Wilmington, Delaware  19801
(302) 655-0582

Dated: April 11, 2008       Attorney for Plaintiffs