IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

KIA THOMAS and JEROME PITTS, SR., :
as Guardians ad Litem for J :
P        a minor, :
: C.A.No. 08-205 (JJF)
    Plaintiff, :
:
    v. :
:
BOARD OF EDUCATION OF THE :
BRANDYWINE SCHOOL DISTRICT; :
JOSEPH BRUMSKILL, MARK :
HUXSOLL, SANDRA SKELLEY, OLIVIA :
JOHNSON-HARRIS, CRAIG GILBERT, :
DEBRA HEFFERNAN and NANCY :
DOOREY, all individually and in their :
official capacities as members of the Board :
of Education of the Brandywine School :
District; BRUCE HARTER, individually :
and his official capacity as Superintendent :
of the Brandywine School District; and :
RACHEL HOLT, individually, :

    Defendants.

### UNSWORN DECLARATION OF RAEANN WARNER, UNDER 28 U.S.C. § 1746

I, Raeann Warner, hereby depose and state as follows:

1. I make this declaration on my own personal knowledge and I will testify hereto if called as a witness.

2. I am one of plaintiff's attorneys in the above captioned action.

3. I am licensed to practice law in Delaware, Pennsylvania, and New Jersey.

4. This case was originally filed in Delaware Superior Court on February 27, 2008. (D.I. 1).

5. Process was served on Defendant Bruce Harter, a nonresident defendant, on April 7, 2008, by delivering a copy of the summons, praecipe, complaint, and form 30 interrogatory responses to the Secretary of State of Delaware pursuant to 10 Del. C. § 3104. (see Sheriff's Return of Service, filed in Delaware Superior Court on April 21, 2008, attached hereto as Exhibit "A").

6. The Defendants then removed the case to the United States District Court for the District of Delaware on April 9, 2008. (D.I. 1).

7. An Answer was filed on behalf of Bruce Harter on April 21, 2008 (D.I. 5).

8. On April 23, 2008, I sent a copy of the complaint, summons, praecipe, form 30 interrogatory responses, Notice of Removal to Federal Court and Statement Pursuant to 10 Del. C. § 3104 to Bruce Harter, West Contra Costa Unified School District, 1108 Bissel Avenue, Richmond, California 94801-3136 via certified mail.

9. On May 5, 2008, I received the return receipt for that mailing indicating the package was received and signed for.

10. A copy of that return receipt is attached hereto as Exhibit "B".

_____
Raeann Warner

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2008.

Thomas-Pitts/ Summons and Civil Cover Sheet / Declaration - Service 3104.wpd

# EXHIBIT A

4/21/08
may [illegible]
10:42 AM

EFiled: Apr 22 2008 2:39PM EDT
Transaction ID 19516020
Case No. 08C-02-375 MJB

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT/INTERROGATORIES

this day, Monday, April 7, 2008, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

BRUCE HARTER

FILED PROTHONOTARY 2008 APR 21 AM 9:18

and a copy of the Complaint for the said defendant, together with the sum of $ 2.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Jim Higdon
Sheriff of Kent County

# EXHIBIT B

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

Is your RETURN ADDRESS completed on the reverse side?

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Bruce Harter
West Contra Costa Unified School District
1108 Bissel Avenue
Richmond, California 94801-3135

4a. Article Number
7004 1160 0003 4630 4681

4b. Service Type
☐ Registered   ☑ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
APR 30 2008

8. Addressee's Address (Only if requested and fee is paid)

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December ... Receipt

Thank you for using Return Receipt Service.

